

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2021

No. 04-21-00135-CV

Herbert Lawrence **POLINARD** Jr. and Irene C. Polinard,
Appellants

v.

James Paul **TISDEL** Jr.,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-04746
Honorable Mary Lou Alvarez, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

We ORDER all costs of this appeal taxed against appellants, Herbert Lawrence Polinard Jr. and Irene C. Polinard.

It is so **ORDERED** on July 7, 2021.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2021.

_____
Michael A. Cruz, Clerk of Court